Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Renata J. Price

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENATA J. PRICE,<br><br>  Plaintiff,<br><br>  vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.:  CV 12-2961 RZ<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   November 27, 2012

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1 | DATE: November 26, 2012      Respectfully submitted,

2 |                            LAW OFFICES OF LAWRENCE D. ROHLFING
                             /s/ Young Cho

3 |                     BY:_____
                         Young Cho
                         Attorney for plaintiff Renata J. Price

4 | _____

-2-