1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Renata J. Price

6

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11 | RENATA J. PRICE,                          ) Case No.: CV 12-2961 RZ
   |                                           )
12 |                                           ) [~~PROPOSED~~] ORDER OF
   |        Plaintiff,                         ) DISMISSAL
13 |                                           )
   |    vs.                                    )
14 | MICHAEL J. ASTRUE,                        )
   | Commissioner of Social Security,          )
15 |                                           )
   |                                           )
16 |        Defendant.                         )
   |                                           )
17

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
         IT IS SO ORDERED.
21
   DATE:   November 27, 2012
22
                                              _____
23                                            THE HONORABLE RALPH ZAREFSKY
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

1  DATE: November 26, 2012        Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                         /s/ Young Cho
                              BY:_____
3                                  Young Cho
                                   Attorney for plaintiff Renata J. Price
4     _____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26